IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARED RIBARDI**                                                                      **PLAINTIFF**
ADC #183305

v.                          No. 2:24-cv-00067-LPR-BBM

**DOES**, *et al.*                                                                  **DEFENDANTS**

## **ORDER**

       The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Benecia B. Moore (Doc. 32). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

       Accordingly, Plaintiff's Motion for Temporary Restraining Order (Doc. 31) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

       IT IS SO ORDERED this 8th day of January 2025.

                                                   _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Subsequent to the PRD being entered, Plaintiff has filed several documents. None of them is an objection. In any event, to the extent one or all of them could possibly be construed as an objection, the Court has considered them and found them unpersuasive.