IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARED RIBARDI** **PLAINTIFF**
ADC #183305

v.   Case No: 2:24-cv-00067-LPR

**DOES, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 51).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, all claims other than Plaintiff's Thirteenth Amendment claim against the ADC are hereby SEVERED and DISMISSED without prejudice, so that Plaintiff may pursue those claims in a separate action, if he so chooses.  Plaintiff's Thirteenth Amendment claim against the ADC is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  Plaintiff's Amended Complaint (Doc. 36) is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 52 is not an objection.